# EXHIBIT A

VIA E-MAIL

August 26, 2008

Ety Village, LLC
One Columbus
10 West Broad Street
Suite 2300
Columbus, Ohio 43215

RE: <u>Shops at Ety Village</u>

Gentlemen:

This Letter of Intent ("Letter") is being delivered to you with respect to the Property (defined below). When executed below on behalf of Ety Village, LLC, as seller ("Seller"), this Letter sets forth the understanding between Seller and the undersigned or its nominee or assignee ("Buyer").

1. **Property** -- The property ("Property") consists of the one-story retail building (the "Building"), known as Shops at Ety Village, located at 138 Ety Road, N.W. in Lancaster, Ohio, together with and all other rights and interests of Seller with respect or relating thereto, fixtures, equipment, and personal property owned by Seller and located at the Property and all leases (the "Leases") affecting the Property. A rent roll of the Property is attached hereto as Exhibit A.

2. **Purchase Price** -- The purchase price ("Purchase Price") for the Property shall be $7,300,000, which, subject to prorations, credits and adjustments set forth below, shall be paid to Seller at Closing (defined below). Within five (5) days after the complete execution of the Agreement (defined below), Buyer shall make a $25,000.00 earnest money deposit with Lawyer's Title Insurance Corp. c/o Mark Sinkhorn, 4111 Executive Parkway, Suite 304, Westerville, Ohio 43081, as escrow agent and title company (the "Title Company") for this transaction.

3. **Contingencies** -- Buyer's obligation to purchase the Property shall be subject to the satisfaction of the contingencies ("Contingencies") set forth below. The Contingencies must be satisfied within twenty-one (21) business from the later of (a) the date of the signing of the Agreement by Seller and Buyer and (b) the date Buyer receives from Seller all of the Due Diligence Items (defined below) ("Contingency Period"). If the Contingencies are not satisfied during the Contingency Period and Buyer does not elect to waive the Contingencies, then the Agreement shall be null and void, neither party shall have any further rights or obligations thereunder and Buyer shall be entitled to the return of the earnest money deposit. If the Contingencies are satisfied during the Contingency Period, then within five (5) days after the expiration of the Contingency Period, Buyer shall make a One Hundred Thousand Dollar ($100,000.00) earnest money deposit with

the Title Company, and this second deposit, together with the first earnest money deposit shall be held by the Title Company in an interest bearing bank account held under an escrow agreement ("Escrow Agreement") executed simultaneously with the execution of the Agreement. The Contingencies are as follows:

(a) Buyer being satisfied, in Buyer's sole discretion, with the condition of the Property, including, without limitation, the physical and financial condition of the Property. In connection therewith, Buyer shall be permitted to perform or obtain, at Buyer's expense, such tests, surveys or investigations as Buyer deems necessary. Prior to conducting any invasive testing on either the land or the Building, Buyer shall obtain Seller's prior written consent, which consent shall not be unreasonably withheld or delayed. Upon execution of the Agreement, Seller shall provide Buyer with copies of all leases, service contracts, documents, surveys, test results, contracts, financial information and such other information and materials in Seller's possession or control with respect to the Property ("Due Diligence Items") and otherwise agrees to cooperate with Buyer in connection therewith.

(b) Buyer obtaining financing, upon terms acceptable to Buyer, in Buyer's sole discretion, to purchase the Property.

(c) Buyer being satisfied, in Buyer's sole discretion, with the condition of title to the Property.

4. **Closing** -- Unless the Agreement is terminated as provided in paragraph 3 above, the closing ("Closing") of the transaction shall occur on a date selected by Buyer within thirty (30) days after the satisfaction or waiver of the Contingencies. Notwithstanding the foregoing, if on the date otherwise set for Closing Giant Eagle has not opened for business at the property adjacent to the Property, then Buyer may extend the Closing until the date which is five (5) days after Giant Eagle opens for business at such adjacent property; provided, however, that if Giant Eagle has not opened for business at such adjacent property by February 1, 2009, then Buyer must elect to (a) terminate the Agreement, in which event neither party shall have any further rights or obligations thereunder and Buyer shall be entitled to the return of the earnest money deposit or (b) waive such condition and proceed to Closing.

5. **Closing Costs, Credits and Adjustments** --

(a) Seller shall pay (i) the transfer taxes with respect to the Property, (ii) one-half (1/2) of the escrow fees, (iii) one-half (1/2) of the cost of a title search and one-half (1/2) of the cost of an Owner's Policy of Title Insurance with respect to the Property in the amount of the Purchase Price; and (iv) all fees due to any real estate agent or broker in connection with the transaction. Buyer shall pay (i) one-half (1/2) of the escrow fees; and (ii)

    one-half (1/2) of the cost of the title search and the Owner's Policy of Title Insurance with respect to the Property in the amount of the Purchase Price.

  (b) Real estate taxes and assessments for the Property that are not included in the Tenant Contribution proration referenced in Section 5(c) below shall be pro-rated as of Closing based upon the most recent county tax duplicate, with no post-closing adjustment between the parties.

  (c) All (i) rents, (ii) all other charges payable by the tenants under the Leases (the "Tenant Contributions"), (iii) any amounts payable under any service contracts (to the extent accepted by Buyer), and (iv) utility charges that were not prorated as part of the Tenant Contributions, shall all be prorated at Closing. Buyer shall receive a credit against the Purchase Price for the amount of any security deposits.

  (d) Except as said forth above, each party shall bear its own costs, expenses and fees in connection with the transaction.

6. **Lease Guaranties** -- At Closing, Seller and its principals shall guaranty the rent payable under the leases set forth below, on the terms indicated:

  (a) <u>Advance America Cash Advance</u> ("Advance America") -- Seller shall guaranty that Buyer timely receives the base rent from Advance America (at the rates set forth on the rent roll attached hereto as Exhibit A), together with all other rent and sums due under the lease, for the 24 month period following the Closing. If Advance America is in default under its lease on the 6 month anniversary of the Closing date or anytime thereafter during such 24 month period following the Closing date, then Buyer may evict Advance America at Seller's expense. If a replacement tenant is found for Advance America, then any rent Buyer receives from such replacement tenant during the 24 month period following the Closing date shall be credited against Seller's guaranty obligation.

  (b) <u>Pet Supply Plus</u> -- Seller shall guaranty that Buyer receives the base rent from Pet Supply Plus (at the rates set forth on the rent roll attached hereto as Exhibit A), together with all other rent and sums due under the lease, for the 12 month period following the Closing.

  (c) <u>LUu's Nails</u> -- Seller shall guaranty that Buyer receives the base rent from LUu's Nails (at the rates set forth on the rent roll attached hereto as Exhibit A), together with all other rent and sums due under the lease, for the 12 month period following the Closing.

7. **Brokers** -- Dan Cooper of Cooper Investment Group/NAI Daus is the only real estate agent or broker involved in this transaction and shall be compensated by Seller.

August 26, 2008
Page 4

8. **Confidentiality** -- Seller and Buyer each agree not to disclose the terms of this Letter, the Agreement or any of the documents entered into in connection herewith to any other party without the written consent of the other party, except that Seller and Buyer may disclose such terms to its professional advisors, proposed lenders, partners, investors or agents provided any such party agrees to keep such terms confidential.

9. **Timing** -- Time is of the essence in this transaction. This Letter is open for acceptance by Seller until 5:00 p.m. (EST) on August 29, 2008.

This Letter is not an enforceable agreement. Buyer and Seller agree, each acting reasonably and in good faith, to endeavor to enter into a Purchase Agreement ("Agreement") for the Property within fifteen (15) days from acceptance by Seller of this Letter ("Negotiation Period"). The Agreement shall contain the understandings expressed in this Letter and such additional terms and conditions not inconsistent with the provisions hereof as are typical in transactions of this type and neither party shall be obligated until the Agreement has been signed by Buyer and Seller. During the Negotiation Period, Seller will not market or solicit additional offers or negotiate with any other party with respect to the sale of the Property.

If the foregoing is acceptable, please designate by signing below, dating and returning one (1) copy of this Letter to the undersigned by telecopy or scanned and emailed to the contact points set forth on the signature pages below, and signatures so delivered shall be valid without the necessity of delivering originally executed signature pages. Thereafter, Buyer will arrange for a draft of the Agreement to be sent to you.

If you have any questions, please call me.

Sincerely,

TRIMENSIONS, INC.
By: [signature]
Name: JOROHN A. RAY
Title: PRES.
Fax No.: 847-673-9199
Email: jray@trimensions,inc.net

August 26, 2008
Page 5


THE ABOVE IS HEREBY ACCEPTED AND AGREED
TO THIS 27ᵗʰ DAY OF AUGUST, 2008.

ETY VILLAGE, LLC
By: *[signature]*
Name: HERB GLIMCHER
Title: PARTNER
Fax No.: (614) 224-2960
Email: herb@glimchercompany.com


J:\Trimensions\letter of intent(b3) - Ety.DOC

Exhibit A

# Lancaster OH — RENT ROLL

| Tenant | Suite | SQFT | % of Total | Lease Start | Lease End | Rent/SF | Annual Rent | Taxes (NNN) | Options | Option Rates |
|---|---|---|---|---|---|---|---|---|---|---|
| Panera Bread | 113 | 4,436 | 15.09% | 6/1/2008 | 5/31/2018 | $28.00 | $124,208 | NNN | (4) 5-Yr | Opt. 1 - $30.80<br>Opt. 2 - $33.88<br>Opt. 3 - $37.27<br>Opt. 4 - $41.00 |
| Game Stop | 115 | 1,645 | 5.60% | 3/1/2008 | 2/28/2013 | $24.00 | $39,480 | NNN | (2) 5-Yr | Opt. 1 - $26.40<br>Opt. 2 - $29.04 |
| Great Clips | 116 | 1,200 | 4.08% | 10/1/2008 | 9/30/2013 | $22.00 | $26,400 | NNN | (2) 5-Yr | Opt. 1 - $24.00<br>Opt. 2 - $26.00 |
| Spaghetti Shop | 125 | 3,485 | 11.85% | 5/1/2008 | 4/30/2013 | $25.00 | $87,125 | NNN | (3) 5-Yr | Opt. 1 - $27.50<br>Opt. 2 - $30.25<br>Opt. 3 - $33.28 |
| Famous Uncle Al's Hotdogs | 119 | 1,700 | 5.78% | 3/1/2008 | 2/28/2013 | $22.00 | $37,400 | NNN | (3) 5-Yr | Opt. 1 - $24.20<br>Opt. 2 - $26.62<br>Opt. 3 - $29.28 |
| Massey's Pizza | 120 | 1,814 | 6.17% | 4/1/2008 | 3/31/2013 | $23.00 | $41,722 | NNN | (2) 5-Yr | Opt. 1 - $25.30<br>Opt. 2 - $27.83 |
| Tuscan Tan | 117 | 2,176 | 7.40% | 4/1/2008 | 3/31/2013 | $25.00 | $54,400 | NNN | (3) 5-Yr | Opt. 1 - $27.50<br>Opt. 2 - $30.25<br>Opt. 3 - $33.28 |
| Advance America Cash Advance | 118 | 1,311 | 4.46% | 8/1/2008 | 7/31/2013 | $23.50 | $30,809 | NNN | (3) 5-Yr | Opt. 1 - $25.85<br>Opt. 2 - $28.44<br>Opt. 3 - $31.28 |
| Pet Supplies Plus (1) | 123 | 8,654 | 29.44% | 9/1/2008 | 8/30/2013 | $13.50 | $116,829 | NNN | (3) 5-Yr | Opt. 1 - $14.85<br>Opt. 2 - $16.20<br>Opt. 3 - $17.55 |
| Wendel's Jewelers | 114A | 1,542 | 5.24% | 7/1/08 | 6/30/2013 | $23.50 | $36,237 | NNN | (3) 5-Yr | Opt. 1 - $25.85<br>Opt. 2 - $28.44<br>Opt. 3 - $31.28 |
| LuLu Nail Salon (1) | 114B | 1,437 | 4.89% | 9/1/2008 | 8/31/2013 | $24.00 | $34,488 | NNN | (3) 5-Yr | Opt. 1 - $26.40<br>Opt. 2 - $29.04<br>Opt. 3 - $31.94 |
| Total Property | | 29,400 | 100.00% | | | $21.25 | $629,098 | | | |
| Vacancy | | | 0.00% | | | | | | | |

(1) Lease out for signature. Rent Roll reflects expected Lease Commencement Dates


NAI Daus
Commercial Real Estate Services, Worldwide
Business Property Specialists, Inc.  Broker


dcooper@CooperGrp.com
bhavesh@CooperGrp.com