# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

GLIMCHER COMPANY, LLC,
AND ETY VILLAGE, LLC,
      Plaintiffs,

    v.

THE SHOPS AT ETY VILLAGE LLC,
JORDAN RAY, ARI MARYLES, AND
TRIMENSIONS, INC.,
      Defendants.

CASE NO.: 2:09-cv-797
JUDGE GREGORY L. FROST
Magistrate Judge Elizabeth Preston Deavers

## ORDER

This matter is before the Court on the Joint Motion to Stay all Case Deadlines and to Remove this Action from the Court's Active Docket, which is hereby **GRANTED**. (ECF No. 84.)  The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.  The parties are **DIRECTED** to contact the Court upon settlement of this action or to inform the Court that further proceedings are necessary.

    IT IS SO ORDERED.

                                /s/ Gregory L. Frost
                                GREGORY L. FROST
                                UNITED STATES DISTRICT JUDGE